# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**CHRISTINE ROBBINS,**
**STEPHANIE SCHUETER,**
**ROBERT A. FABER,**
**MARY L. MACIEJEWSKI,**
**LINDA PITTMAN, and**
**MORRIS BROWN,**

        Plaintiffs,

    V.                 CASE NUMBER: **05-C-315**

**WOLPOFF & ABRAHAMSON, L.L.P.,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is GRANTED on the plaintiffs' allegations of violation of section 1962e of the Fair Debt Collection Practices Act.**
**This action is hereby DISMISSED.**

| | |
|---|---|
|    **February 22, 2007** |  **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |